# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**GARY LEON WEBSTER**
**ADC #114018**

PLAINTIFF

v.  No. 3:19-cv-45-DPM

**ERNEST WARD, Detective,**
**Jonesboro Police Department**

DEFENDANT

## JUDGMENT

Webster's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 April 2019